(No. 74-CC-792— )

MOBIL OIL CORPORATION, Claimant, *vs.* STATE OF ILLINOIS, ILLINOIS ENVIRONMENTAL PROTECTION AGENCY, Respondent.

*Opinion filed July 10, 1974.*

JAMES LESTIKOW, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-793— )

MOBIL OIL CORPORATION, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CONSERVATION, Respondent.

*Opinion filed July 10, 1974.*

JAMES LESTIKOW, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.